**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOSEPH BOND, individually and on behalf of all others similarly situated, | : :  Civil Action File No. |
| Plaintiff, | : :  1:24-cv-01612-VMC |
| v. | : : |
| BLUE WATER CAPITAL LLC d/b/a FLEETSMARTS | : : |
| Defendant. | : |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to LR 3.3, Plaintiff files this Certificate of Interested Persons.

(1) The undersigned Counsel of Record certifies that the following is a full and complete list of all parties in this action:

Plaintiff: Joseph Bond.

Defendant: Blue Water Capital LLC d/b/a Fleetsmarts.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a

financial interest in or other interest which could be substantially affected the outcome of this particular case:

For Plaintiff:  Heidarpour Law Firm, PLLC.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:  Steven H. Koval and Anthony Paronich.

Dated:  April 18, 2024                                                     Respectfully submitted,

**THE KOVAL FIRM, LLC**

By: s/Steven H. Koval
Steven H. Koval
Attorney for Plaintiff
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
Steve@KovalFirm.com

By: s/Anthony Paronich
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
Email:  anthony@paronichlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing document was prepared on a computer, using Times New Roman 14 point font.

This 18th day of April, 2024.

s/Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905