# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOSEPH BOND, individually and on     :
behalf of all others similarly situated,     :
    :
        Plaintiff,           :
    :
v.                          :     CASE NO.: 1:24-cv-01612-VMC
    :
BLUE WATER CAPITAL LLC d/b/a     :
FLEETSMARTS,                :
    :
        Defendant.        :

---

### Declaration of Michael Rawlins

1.     My name is Michael Rawlins. I am over the age of 21 years, of sound mind, and I am fully competent to testify to the matters set forth herein. I have personal knowledge of the statements contained herein and the facts stated herein are true and correct.

2.     I am the owner and manager of Blue Water Capital LLC (d/b/a Fleetsmarts, "Fleetsmarts").

3.     Fleetsmarts is a trucking-service business that offers free fuel planning, load tracking, factoring, insurance, equipment financing and more for long haul trucking truck drivers. Among its services is a fuel-discount membership program offered to truck drivers and trucking companies.

4.     Fleetsmarts is a limited liability company organized in the State of

Utah that maintains its principal place of business in Salt Lake City, Utah.

5. Fleetsmarts is a wholly owned subsidiary of Rawlins Ventures, Inc. ("RVI").

6. RVI is a corporation organized in the State of Utah that maintains its principal place of business in Salt Lake City, Utah.

7. Fleetsmarts has never filed for a Certificate of Authority to do business in the State of Georgia.

8. Fleetsmarts does not maintain a registered agent for service of process in the State of Georgia.

9. Fleetsmarts does not have offices, bank accounts, telephone listings, or other assets in the State of Georgia.

10. Fleetsmarts does not have any director, officer, employee, agent, or local resident assigned to duty in the State of Georgia.

11. Fleetsmarts does not own or lease any real or personal property in the State of Georgia.

12. Fleetsmarts does not have any parent or subsidiary that is registered to do business, or maintains an office, in the State of Georgia.

13. Fleetsmarts is not a member, investor, or partner in any entity that is a resident of the State of Georgia.

14. Fleetsmarts markets its services to truck drivers and trucking

companies through various means, including telephone calls and text messages. However, no agent of Fleetsmarts ever contacted, or attempted to contact, Joseph Bond by telephone or text message while located within the State of Georgia. Any contact with Bond would have originated from Utah.

15.     Fleetsmarts does not conduct or transact any business in the State of Georgia and is not engaged in any persistent course of conduct in that state.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2024.

/s/
Michael Rawlins

3