# Exhibit 4



| | Search Companies | Shippers | Customers | Inspections | Vehicles | Phone Validation | Email Validation | CV Tracking | AP |

Entity Type        Carrier

Name        JOTURE LLC **NEW**

DBA Name        —

DOT#        4173849

MC/MX/FF        MC1605865

Added        12/31/2023

Changed        2/9/2024 **NEW**

Id        -3087642578961919030

## AUTHORITY

Common        Inactive, Pending

Contract        —

Broker        —

Authority        Property, Private

## CONTACTS

Physical Address        1617 BROOK VIEW AVE, ATLANTA, GA, 30340

Mailing Address        1617 BROOK VIEW AVE, ATLANTA, GA, 30340 **NEW**

Phone        (252) 509-1282

Cell        —

Contact Name        JOSEPH BOND **NEW**

Fax        —

Email        jfbond.jb@gmail.com

↓ SHOW DETAILS ↓

## INSURANCE REQUIRED

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $300,000 | |
| Cargo | — | — |
| Bond | — | — |

| 4/30/2024 | 3/9/2024 | 2/15/2024 | 2/9/2024 | 2/8/2024 | 1/12/2024 | 1/9/2024 | 1/1/2024 |

## LICENSING AND INSURANCE

| Active/Pending Insurance | Rejected Insurance | Insurance History | Authority History | Revocation |

| Form | Type | Insurance Carrier | Policy/Surety | Posted Date | Coverage From | Coverage To | Effective Date | Cancellation Date |
|---|---|---|---|---|---|---|---|---|
| | | | | *No Data Available* | | | | |



Broker Snapshot - Feature Guide

| | Search Companies | Shippers | Customers | Inspections | Vehicles | Phone Validation | Email Validation | Tracking | API |

## Help

📄 Terms of Service
📄 Privacy Policy
❓ Support

## Searches

🔍 Search Companies
🔍 Search Shippers
🔍 Search Customers
🔍 Search Inspections
🔍 Search Vehicles

## Services

👁 Monitoring
📞 Phone Validation
✉ Email Validation
CV Tracking Service

## API

Subscriptions
API Reference

## User

👤 ryan.goodland@mhllp.com
➜ Log off

| | Search Companies | Shippers | Customers | Inspections | Vehicles | Phone Validation | Email Validation | Tracking |