# Exhibit 5



Search Companies | Shippers | Customers | Inspections | Vehicles | 📞 Phone Validation | ━ Email Validation | Tracking | API | ryan.goodland@mhllp.com

|  |  |
|---|---|
| Broker | — |
| Authority | Property, Private |

## CONTACTS

|  |  |
|---|---|
| Physical Address | 1617 BROOK VIEW AVE, ATLANTA, GA, 30340 |
| Mailing Address | - NEW |
| Phone | (470) 283-0942 NEW |
| Cell | — |
| Contact Name | JOSEPH BOND |
| Fax | — |
| Email | jfbond.jb@gmail.com |

↑ HIDE DETAILS ↑

## TOTALS

|  |  |
|---|---|
| Total Number of Trucks | 1 |
| Total Number of Buses | — |
| Total Number of Power Units | 1 |
| Fleet Size Code | A - 1 |

## CARRIER OPERATION

| | |
|---|---|
| Yes | Carrier / Interstate |
| — | Carrier / Intrastate / Hazmat |
| — | Carrier / Intrastate / Non-Hazmat |
| — | Shipper / Interstate |
| — | Shipper / Intrastate |
| — | Vehicle Registrant |

## CARGO TRANSPORTED

| | |
|---|---|
| Yes | A. General Freight |

## DRIVERS

|  |  |
|---|---|
| Interstate within 100 miles | 1 |
| Interstate beyond 100 miles | — |
| Interstate Total | 1 |
| Intrastate within 100 miles | — |
| Intrastate beyond 100 miles | — |
| Intrastate Total | — |
| Avg numer trip leased drivers / month | — |
| Grand Total (Interstate and Intrastate) | 1 |
| Total with Commercial Drivers License | — |

## SAFETY RATING

|  |  |
|---|---|
| Type Code | — |
| Effective Date | — |

## LATEST REVIEW

|  |  |
|---|---|
| Type | — |
| Document # | — |
| Date | — |

| EQUIPMENT UNITS | OWNED | TERM LEASED | TRIP LEASED |
|---|---|---|---|
| Truck | — | 1 | — |
| Tractor | — | — | — |
| Trailer | — | — | — |



**EXTRA**

| | |
|---|---|
| Recordable Accident Rate | — |
| Preventable Recordable Accident Rate | — |
| MCS-150 Mileage (?) | 1 |
| MCS-151 Mileage (?) | — |
| MCS-150 Mileage (Year) | 2022 |
| MCS-150 date | 1/4/2024 |

**REASON CODE** (?)

| | |
|---|---|
| Add | — |
| Change | — |
| Delete | — |

## INSURANCE REQUIRED

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $300,000. | |
| Cargo | — | — |
| Bond | — | — |

4/30/2024  3/9/2024  2/15/2024  2/9/2024  2/8/2024  1/12/2024  1/9/2024  1/1/2024

## LICENSING AND INSURANCE

Active/Pending Insurance    Rejected Insurance    Insurance History    Authority History    Revocation

| Form | Type | Insurance Carrier | Policy/Surety | Posted Date | Coverage From | Coverage To | Effective Date | Cancellation Date |
|---|---|---|---|---|---|---|---|---|
| | | | | No Data Available | | | | |

**BROKER SNAPSHOT**

info@brokersnapshot.com
(307) 224-2008

Help
- Terms of Service
- Privacy Policy
- Support

Searches
- Search Companies
- Search Shippers
- Search Customers
- Search Inspections
- Search Vehicles

Services
- Monitoring
- Phone Validation
- Email Validation
- Tracking Service

API
- Subscriptions
- API Reference

User
- ryan.goodland@mhllp.com
- Log Off