# Exhibit 6



Home     ABOUT     PORTFOLIO     CONTACT                    (252) 509-1282

Enter

Copyright © 2018 Joturè - All Rights Reserved.