**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| JOSEPH BOND, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:24-cv-01612-VMC |
| BLUE WATER CAPITAL LLC d/b/a FLEETSMARTS, | : : : | |
| Defendant. | : : | |

## Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to LR 3.3 and Fed. R. Civ. P. 7.1, Defendant Blue Water Capital LLC (d/b/a Fleetsmarts, "Fleetsmarts") states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Joseph Bond, Plaintiff; Blue Water Capital LLC (d/b/a Fleetsmarts, "Fleetsmarts"), Defendant; Rawlins Ventures, parent company of Fleetsmarts; Michael Rawlins, owner/manager.

(2) The undersigned further certifies that the following is a full and complete

list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Steven H. Koval
Georgia Bar No. 428905
THE KOVAL FIRM, LLC
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651
Facsimile: ( 404) 549-4654

Steve@KovalFirm.com
Anthony I. Paronich *(subject to pro hac vice)*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Tucker C. Motta
MCDOWELL HETHERINGTON, LLP
tucker.motta@mhllp.com
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL  33431
Telephone: (561) 994-4311

2

Facsimile: (561) 982-8985

*Attorneys for Defendant  Blue Water Capital LLC*

Date: May 30, 2024

Respectfully submitted,

MCDOWELL HETHERINGTON, LLP

By: /s/ Tucker C. Motta
Tucker C. Motta
tucker.motta@mhllp.com
2385 N.W. Executive Center Drive,
Suite 400
Boca Raton, FL  33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985

*Attorneys for Defendant Blue Water Capital LLC*

4

## <u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing has been served on May 30, 2024, on all counsel of record by electronic filing.


*/s/ Tucker C. Motta*
Tucker C. Motta

4