**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

JOSEPH BOND

    Plaintiff,

  vs.

BLUE WATER CAPITAL LLC

    D/B/A FLEETSMARTS

    Defendant.

Case No. 1:24-cv-01612-VMC

**DECLARATION OF JOSEPH BOND IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

1. My name is Joseph Bond. I am over 18 years old. I can testify competently to the undersigned statements.

2. This declaration is based on my personal knowledge.

3. My telephone number 252-XXX-XXXX is on the National Do-Not-Call Registry and has been since I registered it there on April 3, 2020.

4. I am the user of 252-XXX-XXXX. I never provided my consent to Defendant to make calls to this number, including, but not limited to, online.

5. In fact, to cut down on the illegal and unwanted sales calls I receive to the 252-XXX-XXXX number, I specifically placed it on the National Do-Not-Call Registry.

6. I placed my telephone number 252-XXX-XXXX on the National Do-Not-Call Registry in 2020, prior to starting Joture LLC or listing it in terms of any business, as wrongly alleged by the Defendant.

7. Joture LLC is an entertainment company.

8. The number 252-XXX-XXXX is assigned to a non-business, residential, consumer cellular telephone service. It is not associated with a business. It is not a business

1

account or part of a business account. I have had the number since 2005 as my personal cell phone number. AT&T, my cell phone provider, does not market or service my plan for business use, nor is it a service plan intended for business customers.

9.     I use the number 252-XXX-XXXX primarily for personal, family, and household use, and not for business use.

10.     I placed the 252-XXX-XXXX on my website initially and on my Federal Motor Carrier application because I needed to provide a telephone number on such applications, and because I did not yet have a business telephone number because I did not yet have a business.

11.     The business telephone number for Joture LLC is 470-XXX-XXXX.

12.     This business telephone number, by contrast, is not assigned to a consumer cellular telephone service. Rather, it is associated with a Voice over IP (VoIP) telephone service.

13.     In fact, I have taken steps to correct the erroneous listing of the 252-XXX-XXXX number on the databases listed by the Defendant. The Federal Motor Carrier database now reflects my business telephone number 470-XXX-XXXX. I affected that change on or about February 14, 2024.

14.     I am gainfully employed as an owner and operator.

15.     To be clear, I do nothing to precipitate the illegal calls which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive. They therefore harmed me.

16.     I understand that this lawsuit alleges that the Defendant violated the Telephone Consumer Protection Act by placing calls to my telephone number without obtaining proper consent and by calling numbers on the National Do-Not-Call Registry.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2024

*Joseph Bond*

JOSEPH BOND

3