# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:24-cv-01612-VMC |
| BLUE WATER CAPITAL LLC d/b/a FLEETSMARTS, | : : : | |
| Defendant. | : : | |

**Declaration of Mike Rawlins in Support of Defendant's Renewed Motion to Dismiss or, in the Alternative, Motion to Bifurcate**

1. My name is Mike Rawlins. I am over the age of 21 years, of sound mind, and I am fully competent to testify to the matters set forth herein. I have personal knowledge of the statements contained herein and the facts stated herein are true and correct.

2. I am the owner and manager of Blue Water Capital LLC (d/b/a Fleetsmarts, "Fleetsmarts").

3. Fleetsmarts is a trucking-service business that offers free fuel planning, load tracking, factoring, insurance, equipment financing and more for long haul trucking truck drivers. Among its services is a fuel-discount membership program offered to truck drivers and trucking companies.

4. FleetSmarts does not in any way target or direct its marketing to Georgia.

5. FleetSmarts' informal "marketing" consist entirely of making outbound phone calls or sending text messages to commercial telephone numbers voluntarily listed by their owners on the U.S. Department of Transportation SAFER website. Such calls and texts are not targeted or restricted to any particular state.

6. FleetSmarts does not pay taxes in Georgia.

7. FleetSmarts does not derive substantial revenue from Georgia, as it derives less than one percent of its revenue from Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2025.

                                              */s/ Mike Rawlins*
                                              Mike Rawlins