# Exhibit 4



**SMS** Safety
Measurement
System

## Carrier Registration (as of 4/26/2024, updated monthly)

### CARRIER REGISTRATION INFORMATION (MCS-150 DATE: 01/04/2024)

Legal Name: JOTURE LLC
DBA Name:
U.S. DOT#: 4173849
Address: 1617 BROOK VIEW AVE
ATLANTA, GA 30340
Telephone: (470) 283-0942
Fax:
Email: JFBOND.JB@GMAIL.COM

Vehicle Miles Traveled: 1
VMT Year: 2022
Power Units: 1
DUNS Number: 13-024-5023
Drivers: 1
Carrier Operation: Interstate
Passenger: No
HM: No
HHG: No
New Entrant: No

### OPERATION CLASSIFICATION

| | | |
|---|---|---|
| X AUTHORIZED FOR HIRE | EXEMPT FOR HIRE | PRIVATE PROPERTY |
| PRIVATE PASSENGER, BUSINESS | PRIVATE PASSENGER, NON-BUSINESS | MIGRANT |
| | | U. S. MAIL |
| FEDERAL GOVERNMENT | STATE GOVERNMENT | LOCAL GOVERNMENT |
| INDIAN TRIBE | OTHER | |

### CARGO CARRIED

| | | |
|---|---|---|
| X GENERAL FREIGHT | HOUSEHOLD GOODS | METAL; SHEETS, COILS, ROLLS |
| MOTOR VEHICLES | DRIVE AWAY/TOWAWAY | LOGS, POLES, BEAMS, LUMBER |
| BUILDING MATERIALS | MOBILE HOMES | MACHINERY, LARGE OBJECTS |
| FRESH PRODUCE | LIQUIDS/GASES | INTERMODAL CONTAINERS |
| PASSENGERS | OIL FIELD EQUIPMENT | LIVESTOCK |
| GRAIN, FEED, HAY | COAL, COKE | MEAT |
| GARBAGE, REFUSE, TRASH | U.S. MAIL | CHEMICALS |
| COMMODITIES DRY BULK | REFRIGERATED FOOD | BEVERAGES |
| PAPER PRODUCTS | UTILITY | FARM SUPPLIES |
| CONSTRUCTION | WATER WELL | OTHER |

**VEHICLE TYPE BREAKDOWN**

| VEHICLE TYPE | OWNED | TERM LEASED | TRIP LEASED |
|---|---|---|---|
| Straight Trucks | 0 | 1 | 0 |
| Truck Tractors | 0 | 0 | 0 |
| Trailers* | 0 | 0 | 0 |
| Hazmat Cargo Tank Trailers* | 0 | 0 | 0 |
| Hazmat Cargo Tank Trucks | 0 | 0 | 0 |
| Motor Coach | 0 | 0 | 0 |
| School Bus 1-8* | 0 | 0 | 0 |
| School Bus 9-15 | 0 | 0 | 0 |
| School Bus 16+ | 0 | 0 | 0 |
| Mini-Bus 16+ | 0 | 0 | 0 |
| Van 1-8* | 0 | 0 | 0 |
| Van 9-15 | 0 | 0 | 0 |
| Limousine 1-8* | 0 | 0 | 0 |
| Limousine 9-15 | 0 | 0 | 0 |
| Limousine 16+ | 0 | 0 | 0 |

* Indicates power units not used by the Carrier Safety Measurement System when calculating total power units.