# Exhibit 5



Broker Snapshot - JOTURE LLC

| | |
|---|---|
| Name | JOTURE LLC NEW |
| DBA Name | — |
| DOT# | 4173849 |
| MC/MX/FF | MC1605865 |
| Added | 12/31/2023 |
| Changed | 2/9/2024 NEW |
| Id | -3087642578961919030 |

### AUTHORITY

| | |
|---|---|
| Common | Inactive, Pending |
| Contract | — |
| Broker | — |
| Authority | Property, Private |

### CONTACTS

| | |
|---|---|
| Physical Address | 1617 BROOK VIEW AVE, ATLANTA, GA, 30340 |
| Mailing Address | 1617 BROOK VIEW AVE, ATLANTA, GA, 30340 NEW |
| Phone | (252) 509-1282 |
| Cell | — |
| Contact Name | JOSEPH BOND NEW |
| Fax | — |
| Email | jfbond.jb@gmail.com |

↓ SHOW DETAILS ↓

## INSURANCE REQUIRED

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $300,000 | |
| Cargo | — | — |
| Bond | — | — |

| 4/30/2024 | 3/9/2024 | 2/15/2024 | 2/9/2024 | 2/8/2024 | 1/12/2024 | 1/9/2024 | 1/1/2024 |
|---|---|---|---|---|---|---|---|

## LICENSING AND INSURANCE

| Active/Pending Insurance | Rejected Insurance | Insurance History | Authority History | Revocation |
|---|---|---|---|---|

| Form | Type | Insurance Carrier | Policy/Surety | Posted Date | Coverage From | Coverage To | Effective Date | Cancellation Date |
|---|---|---|---|---|---|---|---|---|
| | | | | *No Data Available* | | | | |



Help
- Terms of Service
- Privacy Policy
- Support

Searches
- Search Companies
- Search Shippers
- Search Customers
- Search Inspections
- Search Vehicles

Services
- Monitoring
- Phone Validation
- Email Validation
- Tracking Service

API
- Subscriptions
- API Reference

User
- ryan.goodland@mhllp.com
- Log off