# Exhibit 6



| | |
|---:|:---|
| Broker | — |
| Authority | Property, Private |

## CONTACTS

| | |
|---:|:---|
| Physical Address | 1617 BROOK VIEW AVE, ATLANTA, GA, 30340 |
| Mailing Address | - NEW |
| Phone | (470) 283-0942 NEW |
| Cell | — |
| Contact Name | JOSEPH BOND |
| Fax | — |
| Email | jfbond.jb@gmail.com |

↑ HIDE DETAILS ↑

## TOTALS

| | |
|---:|:---|
| Total Number of Trucks | 1 |
| Total Number of Buses | — |
| Total Number of Power Units | 1 |
| Fleet Size Code | A - 1 |

## CARRIER OPERATION

| | |
|---:|:---|
| Carrier / Interstate | Yes |
| Carrier / Intrastate / Hazmat | — |
| Carrier / Intrastate / Non-Hazmat | — |
| Shipper / Interstate | — |
| Shipper / Intrastate | — |
| Vehicle Registrant | — |

## CARGO TRANSPORTED

| | |
|---:|:---|
| A. General Freight | Yes |

## DRIVERS

| | |
|---:|:---|
| Interstate within 100 miles | 1 |
| Interstate beyond 100 miles | — |
| Interstate Total | 1 |
| Intrastate within 100 miles | — |
| Intrastate beyond 100 miles | — |
| Intrastate Total | — |
| Avg numer trip leased drivers / month | — |
| Grand Total (Interstate and Intrastate) | 1 |
| Total with Commercial Drivers License | — |

## SAFETY RATING

| | |
|---:|:---|
| Type Code | — |
| Effective Date | — |

## LATEST REVIEW

| | |
|---:|:---|
| Type | — |
| Document # | — |
| Date | — |

| EQUIPMENT UNITS | OWNED | TERM LEASED | TRIP LEASED |
|---|---|---|---|
| Truck | — | 1 | — |
| Tractor | — | — | — |
| Trailer | — | — | — |

