# Exhibit 2

# U.S. Bankruptcy Court
# Northern District of Georgia (Atlanta)
# Bankruptcy Petition #: 25-54738-sms

|  |  |
|---|---|
| *Assigned to:* Judge Sage M. Sigler | *Date filed:* 04/30/2025 |
| Chapter 7 | *341 meeting:* 06/09/2025 |
| Voluntary | *Deadline for filing claims (govt.):* 10/27/2025 |
| No asset | *Deadline for objecting to discharge:* 08/08/2025 |

*Debtor*  
**Joseph Franklin Bond, III**  
1617 Brook View Ave  
Atlanta, GA 30340  
DE KALB-GA  
SSN / ITIN: xxx-xx-5031  
*aka* **Joseph F Bond**  
*aka* **Joseph Bond**  
*aka* **Joseph F Bond, III**  
*aka* **Joseph Bond, III**  

represented by **E. L. Clark**  
Clark & Washington, LLC  
Bldg. 3  
3300 Northeast Expwy.  
Atlanta, GA 30341  
404-522-2222  
Fax : 770-220-0685  
Email: cwatlantabk@gmail.com  

*Trustee*  
**Michael J. Bargar**  
Rountree Leitman Klein & Geer LLC  
Century Plaza  
2987 Clairmont Road, Suite 350  
Atlanta, GA 30329  
404-410-1220  

*U.S. Trustee*  
**Office of the United States Trustee**  
362 Richard Russell Building  
75 Ted Turner Drive, SW  
Atlanta, GA 30303  
404-331-4437  

| Filing Date | # | Docket Text |
|---|---|---|
| 04/30/2025 | 1 (53 pgs) | Voluntary Petition (Chapter 7) for Individual(s) Filed by E. L. Clark of Clark & Washington, LLC on behalf of Joseph Franklin Bond III. Government Proof of Claim due by 10/27/2025. (Clark, E.) |
| 04/30/2025 | 2 (1 pg) | Application to Pay Filing Fee in Installments filed by E. L. Clark on behalf of Joseph Franklin Bond III. (Clark, E.) |
| 04/30/2025 | 3 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by E. L. Clark on behalf of Joseph Franklin Bond III. (Clark, E.) |
| 04/30/2025 | 4 (6 pgs) | Payment Advices of Debtor, filed by E. L. Clark on behalf of Joseph Franklin Bond III. (Clark, E.) |

| Date | Doc # | Description |
|---|---|---|
| 04/30/2025 | 5 <br>(1 pg) | Credit Counseling Service Certificate filed by E. L. Clark on behalf of Joseph Franklin Bond III. (Clark, E.) |
| 04/30/2025 | 6 <br>(2 pgs) | Attorney Disclosure Statement filed by E. L. Clark on behalf of Joseph Franklin Bond III. (Clark, E.) |
| 04/30/2025 |  | Receipt of Initial Docs01: Voluntary Petition (Chapter 7)( 25-54738) [misc,1011aty] ( 78.00) filing fee. Receipt Number A63139643. Fee Amount 78.00 (re: Doc# 1) (U.S. Treasury) |
| 05/01/2025 | 7 <br>(1 pg) | Order Granting Application to Pay Filing Fee in Installments. Service by BNC. Entered on 5/1/2025. (related document(s) 2) (cdp) |
| 05/01/2025 | 8 <br>(2 pgs) | Notice of Chapter 7 Bankruptcy Case and Meeting of Creditors. 341 Meeting to be held on 6/9/2025 at 12:30 PM via Zoom (Bargar): Meeting ID 807 186 1890, Passcode 4173630937, Phone 1 (470) 924-8798. (Admin) Objections for Discharge due by 8/8/2025 |
| 05/01/2025 | 9 <br>(1 pg) | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (ADIclerk) |
| 05/03/2025 | 10 <br>(2 pgs) | Certificate of Mailing by BNC of Order Granting Application to Pay Filing Fees Notice Date 05/03/2025. (Admin.) (Entered: 05/04/2025) |
| 05/03/2025 | 11 <br>(4 pgs) | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 05/03/2025. (Admin.) (Entered: 05/04/2025) |
| 05/03/2025 | 12 <br>(2 pgs) | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 05/03/2025. (Admin.) (Entered: 05/04/2025) |
| 05/14/2025 | 13 <br>(1 pg) | Personal Financial Management Course Certificate For Debtor Joseph Bond Provided by Second Bankruptcy Course, LLC, 8002147030 (FMC) |
| 05/27/2025 | 14 <br>(2 pgs) | Notice of Appearance Filed by AmeriCredit Financial Services, Inc. DBA GM Financial. (Youngblood, Mandy) |
| 06/02/2025 |  | Receipt of Chapter 7 Installment Filing Fee - $130.00 by SO. Receipt Number 10008145. Paid by Joseph Bond. (acr) |
| 06/12/2025 |  | Section 341(a) meeting held and concluded on 06/09/2025 filed by Trustee. (Bargar, Michael) |
| 06/12/2025 |  | Chapter 7 Trustee's Report of No Distribution: I, Michael J. Bargar, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. |

| | | |
|---|---|---|
| | | Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.. I request that I be discharged from any further duties as trustee. No party in interest has filed a request for an order of dismissal pursuant to 11 USC 521(i)(2).. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 44044.00, Assets Exempt: $ 10997.00, Claims Scheduled: $ 128405.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 128405.00. filed by Trustee. (Bargar, Michael) |
| 06/16/2025 | 15 | Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under 521(i)(1), Debtor is not required to file any further document pursuant to 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information. (ADIclerk) |
| 06/23/2025 | [16](#) (10 pgs) | Reaffirmation Agreement With Debtor filed by AmeriCredit Financial Services, Inc. DBA GM Financial. (Youngblood, Mandy) NO HEARING REQUIRED. Modified on 6/24/2025 (crfl). |
| 07/01/2025 | | Receipt of Chapter 7 Final Installment Filing Fee - $130.00 by CF. Receipt Number 10008699. Paid by Joseph Franklin Bond, III. (acr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/10/2025 08:24:14 | | | |
| **PACER Login:** | mhllp123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-54738-sms Fil or Ent: filed From: 1/1/1989 To: 7/10/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |