### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH BOND<br><br>　　　Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC<br><br>　　　D/B/A FLEETSMARTS<br><br>　　　Defendant. | Case No. 1:24-cv-01612-VMC |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, with the consent of Defendant respectfully requests that he receive an extension of time to August 4, 2025 in order to oppose Defendant's Renewed Motion to Dismiss. This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

Dated: July 11, 2025

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

2

**CERTIFICATE OF SERVICE**

    I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    DATED this July 11, 2025.

                                                */s/ Andrew Roman Perrong*
                                                Andrew Roman Perrong, Esq.