IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH BOND<br><br>      Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC<br><br>      D/B/A FLEETSMARTS<br><br>      Defendant. | Case No. 1:24-cv-01612-VMC |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    This matter having come before the Court on the Unopposed Motion of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss until and including August 4, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a Response to the Motion to Dismiss until and including August 4, 2025.

    DATED this _____.

_____

J.