IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH BOND<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC<br><br>    D/B/A FLEETSMARTS<br><br>    Defendant. | Case No. 1:24-cv-01612-VMC |

**MOTION AND BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

The Plaintiff respectfully requests that he receive an extension of time to September 8, 2025 in order to oppose Defendant's Renewed Motions to Dismiss. In support thereof, Plaintiff states as follows:

Defendant has filed two motions to dismiss, a motion to dismiss or bifurcate on jurisdictional grounds under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and a motion to dismiss for lack of standing under Rule 12(b)(1) of the Federal Rules of Civil Procedure. The essence of the latter motion, ECF No. 24, is that the Plaintiff has declared bankruptcy and that the instant lawsuit is property of the bankrupt estate. 11 U.S.C. §541(a)(1). As part of Plaintiff's bankruptcy, the Plaintiff has scheduled the instant lawsuit and disclosed the same to the United States Trustee.

On August 1, the undersigned counsel for the Plaintiff called the United States Trustee to ascertain whether the Trustee intended to pursue the claims made in this lawsuit. The Trustee has investigated this instant lawsuit as an asset of the bankrupt estate and has no intent to pursue the asset. Under 11 U.S.C. §554(c), this lawsuit, an asset of the debtor, will be deemed abandoned back to the debtor when the Plaintiff's underlying bankruptcy case closes in approximately two

weeks. However, the Trustee has requested that the Plaintiff seek, and Plaintiff has no objection to, seeking an extension to respond to the motion to dismiss to allow the Plaintiff's bankruptcy to finalize. Defendant opposes this relief. The effect of the requested relief would be to give the parties certainty and clarity as to the status of this lawsuit as an asset of the bankrupt estate and eliminate the need for possible intervention to seek the same relief on the part of the U.S. Trustee in order to permit the Plaintiff's bankruptcy to conclude.

Accordingly, the Plaintiff requests an extension until September 8, 2025 to permit the Plaintiff's underlying bankruptcy case to close, and then respond to the Defendant's jurisdictional motion to dismiss, ECF No. 23, and the Defendant's bankruptcy-related motion to dismiss, ECF No. 24, which would likely be mooted once this lawsuit is abandoned from the bankrupt estate and returned back to the Plaintiff-debtor.

Dated: August 1, 2025

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

      I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      DATED this August 1, 2025.

                                    */s/ Andrew Roman Perrong*
                                    Andrew Roman Perrong, Esq.