IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH BOND<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC<br><br>    D/B/A FLEETSMARTS<br><br>    Defendant. | Case No. 1:24-cv-01612-VMC |

**[PROPOSED ORDER GRANTING]**
**MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Motion of Plaintiff for an Extension of Time to File a Response to the Defendant's Motions to Dismiss until and including September 8, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a Response to the Motions to Dismiss until and including September 8, 2025.

DATED this _____.

_____

J.