IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:24-cv-01612-VMC |
| BLUE WATER CAPITAL LLC d/b/a FLEETSMARTS, | : : : | |
| Defendant. | : : | |

**Defendant's Response to Plaintiff's Motion for Extension of Time**

Plaintiff previously requested (and received) a two-week extension to complete his pending briefing. (Doc. 26). He now requests a second extension of an additional five weeks. (Doc. 27). A seven-week extension is unwarranted here and should not be granted.

Plaintiff speculates that if the extension request is granted, FleetSmarts' pending motion to dismiss for lack of standing "would likely be mooted . . . ." (Doc. 27 at 2). This is a merits argument that is inappropriate in the context of a motion for an extension of time, especially one to be decided on an expedited basis. Plaintiff should not be allowed to substantively respond to FleetSmarts' motion to dismiss through the backdoor of a motion for extension. If Plaintiff believes he has standing, the place to make that showing is in a timely response to

FleetSmarts' motions.

For these reasons, Plaintiff's extension request should be denied.

Date: August 6, 2025                            Respectfully submitted,

                                                McDowell Hetherington, LLP

                                                */s/ Jason A. Richardson*
                                                Jason A. Richardson\*
                                                jason.richardson@mhllp.com
                                                Ryan Goodland\*
                                                ryan.goodland@mhllp.com
                                                1001 Fannin Street, Suite 2700
                                                Houston, Texas 77002
                                                Telephone: (713) 337-5580
                                                Facsimile: (713) 337-8850

                                                \*Admitted *pro hac vice*

                                                Joseph J. Minock
                                                Sinton • Scott • Minock • Kerew
                                                3438 Peachtree Road, Suite 925
                                                Atlanta, GA 30326
                                                GA Bar Number: 863687
                                                *Attorneys for Defendant Blue Water Capital LLC*

## Certificate of Compliance

Under LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point under LR 5.1(C).

/s/ *Jason A. Richardson*
Jason A. Richardson

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on August 6, 2025, on all counsel of record by electronic filing.

/s/ *Jason A. Richardson*
Jason A. Richardson