

Amazon Web Services

To: Perrong Law LLC

Responsive To:

AWS Reference: █████████



**Business Records:**

1. Account Registration Information

    1.1. Name: Fleetsmarts

    1.2. Customer Company Name: Fleetsmarts

    1.3. Address: 1269 S Legacy View St, Salt Lake City, UT, 84104, (US)

    1.4. Email Address: ▇▇▇▇▇▇▇▇▇▇

    1.5. Target Details

        1.5.1. Phone Number: 833-981-3237

    1.6. Amazon Account Number: ▇▇▇▇▇▇

        1.6.1. Account Creation Date: 2020-08-19 14:57:53 UTC

        1.6.2. Account Status: Active

    1.7. Phone #/Validation: ▇▇▇▇▇▇

**Definitions**

Response Types:

- Requested information as stated within this report

- N/A: Not requested within the legal process

- No Records Found


Services Used (Item 1.9):

- You can find definitions of our services at: http://aws.amazon.com/

    o   Select the Products tab