

# SECURED PARTY SEARCH

Secured Party searched: **blue water capital**
Search Type: **organization** - **exact**
Query made: 9/8/2025 8:12:24 PM

Table Display Type: 1 Line
1 Variation of the Name Found Page **1** of **1**

**Display results from date:** 01/01/1995  **through date:** 8/26/2025

Display: 10 results per page.

**Select Instruments**                             **Secured Party Name**
**Secured Party:** BLUE WATER CAPITAL

 ⦿   149        BLUE WATER CAPITAL

**Display Details**

1 Variation of the Name Found Page **1** of **1**

GSCCCA
Copyright © 1995 - 2025
Georgia Superior Court Clerks' Cooperative Authority

Search Disclaimer    Terms of Use    Sitemap    Glossary    Logout    Contact Us