# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSEPH BOND<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC<br><br>    D/B/A FLEETSMARTS<br><br>    Defendant. | Case No. 1:24-cv-01612-VMC |

## [PROPOSED ORDER DENYING]
## BLUE WATER CAPITAL LLC'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 23) is hereby DENIED.

*BY THE COURT:*

_____

, J.