UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH BOND, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLUE WATER CAPITAL LLC d/b/a FLEETSMARTS,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01612-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted in part said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over Defendant.

Dated at Atlanta, Georgia, this 24th day of February, 2026.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　s/L. Tonthat_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 24, 2026
Kevin P. Weimer
Clerk of Court

By: s/L. Tonthat_____
　　　Deputy Clerk